# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**MELISSA DIANE GARCIA**                                                                 **PLAINTIFF**

V.                          **CASE NO. 4:20-CV-00843-LPR-JJV**

**KILOLO KIJAKAZI,**
**Acting Commissioner,**
**Social Security Administration**                                                       **DEFENDANT**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that the Commissioner's decision is AFFIRMED. Judgment is entered in favor of the Commissioner.

DATED this 5th day of November, 2021.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE